Larry GONCE *v.* STATE of Arkansas

661 S.W.2d 390

Supreme Court of Arkansas
Opinion delivered December 19, 1983

*Davis & Bracey,* by: *Charles E. Davis,* for appellant.

*Steve Clark,* Atty. Gen., by: *Alice Ann Burns,* Deputy Atty. Gen., for appellee.

PER CURIAM. Appellant Larry Gonce, by his attorney, has filed for a rule on the clerk.

His attorney, Charles E. Davis, has attached an affidavit admitting that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. See our *per curiam* dated February 5, 1979, In Re: Belated Appeals in Criminal Cases, 265 Ark. 964.

A copy of this opinion will be forwarded to the Committee on Professional Conduct.